NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., AND
SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC,**
*Defendants-Appellants.*

---

2012-1506

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

## ON MOTION

---

## ORDER

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") move for an unopposed 60-day extension of time to file its opening brief.

APPLE INC. V. SAMSUNG ELECTRONICS CO., LTD.                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Samsung's opening brief is due within 60 days of the date of filing this order. No further extensions should be anticipated.

FOR THE COURT

SEP 2 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael Allen Jacobs, Esq.
     Kathleen M. Sullivan, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 5 2012

JAN HORBALY
CLERK